11 A.3d 371

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. DEMETRIUS
M. DIAZ–BRIDGES, DEFENDANT.

December 10, 2010.

ORDERED that the motion for leave to appeal is granted.

11 A.3d 371

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DEMETRIUS M. DIAZ–BRIDGES,
DEFENDANT–MOVANT.

December 10, 2010.

ORDERED that the motion for leave to appeal is granted.

11 A.3d 371

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. JAMES
J. MAUTI, DEFENDANT–RESPONDENT.

December 10, 2010.

ORDERED that the motion for leave to appeal is granted.